| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DAVID M. PORTER, Bar #127024 |
| | Assistant Federal Defender |
| 3 | Counsel Designated for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700 |

Attorney for Defendant
JESUS OSCAR HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. F 05-250 AWI |
|---|---|
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER** |
| | ) **RESETTING HEARING DATE** |
| v. | ) |
| | ) **RETROACTIVE CRACK COCAINE** |
| JESUS OSCAR HERRERA, | ) **REDUCTION CASE** |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Defendant, JESUS OSCAR HERRERA, by and through his attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney KAREN ANN ESCOBAR, hereby stipulate that the hearing scheduled for January 17, 2012, be reset to Monday, February 6, 2012, at 9:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties request the court enter the order lodged herewith.

Dated: December 14, 2011

Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | DANIEL J. BRODERICK<br>Federal Defender |
| /s/ *Karen Ann Escobar*<br>KAREN ANN ESCOBAR<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Movant<br>JESUS OSCAR HERRERA |

ORDER

Pursuant to the parties' stipulation, and good cause appearing therefor, the hearing scheduled for January 17, 2012, is hereby RESET to Monday, February 6, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER