```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:05-cr-00250 AWI |
| Plaintiff, | AMENDED STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | |
| JESUS OSCAR HERRERA, | |
| Defendant. | |

Defendant JESUS OSCAR HERRERA, by and through their his attorney, DAVID PORTER, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the hearing set for February 6, 2012, be continued to February 27, 2012, at 9:00 a.m. in order to accommodate the availability of counsel for the government.

////

////

////

////

////

////

1    The parties further agree that defense shall have additional
2    time until on or before January 23 at 4 p.m. to file its
3    supplemental brief.

Dated: January 6, 2012                    Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney


                                    By:   /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney


Dated: January 6, 2012                    /s/ David Porter
                                          DAVID PORTER
                                          Attorney for Defendant
                                          JESUS OSCAR HERRERA

## **O R D E R**

   IT IS THE ORDER OF THE COURT THAT the sentencing hearing currently set in this matter for February 6, 2012, shall be continued to February 27, 2012, at 9:00 a.m.

   IT IS FURTHER ORDERED THAT the defendant's supplemental brief shall be due on or before January 23 at 4 p.m.

IT IS SO ORDERED.

Dated:    January 9, 2012        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE